**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARREN BUCKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| MENARD, INC. D/B/A MENARDS, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## COMPLAINT

COMES NOW, Plaintiff, Mr. Darren Buckner (hereinafter referred to as, "Plaintiff"), by and through the undersigned counsel, and in support of the herein Complaint, respectfully states to this Honorable Court as follows:

## INTRODUCTION

1. This matter arises out of a February 20, 2024 premises liability incident occurring at a Menards home improvement store, physically located at 11140 St. Charles Rock Road, Saint Ann, MO 63074, wherein a box filled with merchandise fell from a shelf and struck Plaintiff directly in the head, causing Plaintiff to sustain serious physical injuries.

## PARTIES

2. Plaintiff is and has been at all times relevant to this proceeding, a resident of the City of Saint Louis, State of Missouri.

3. Defendant Menard, Inc. D/B/A Menards (hereinafter referred to as, "Menards" or "Defendant"), is a corporation with its principal place of business located at 5101 Menard Drive, Eau Claire, Wisconsin 54703.

4.    Defendant has sufficient minimum contacts with the State of Missouri and is thereby authorized to sue and be sued within this forum jurisdiction, in that Defendant actively conducts business within the State of Missouri.

JURISDICTION AND VENUE

5.    This Court has original jurisdiction over the herein civil matter pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

6.    Venue is proper in the United States District Court for the Eastern District of Missouri, pursuant to 28 U.S.C. § 1391(b)(2), in that a substantial portion of the events giving rise to the herein Complaint occurred in St. Louis County, Missouri.

GENERAL ALLEGATIONS

7.    On or about February 20, 2024, Plaintiff was a patron and/or invitee present on property owned, occupied, and/or operated by Defendant in Saint Ann, Missouri.

8.    As Plaintiff was shopping within Defendant's premises, Plaintiff attempted to retrieve a paint stick from the mechanism in which the paint sticks were located.

9.    The paint sticks were organized in a manner inside the mechanism in which a customer, such as Plaintiff, would have to lift the paint stick up in order to retrieve the merchandise.

10.    Unbeknownst to Plaintiff, in the area immediately above the location wherein the paint sticks were located, was a heavy box that was not secured.

11.    When Plaintiff was lifting the paint stick from the area wherein it was located, Plaintiff struck the bottom of the box immediately above and, as a direct result, the box fell directly on Plaintiff's head.

12.     Plaintiff immediately reported the incident to personnel working at Menards at the time of the occurrence, namely, the manager on duty.  Upon reasonable information and belief, said manager's name is Brandon Jackson.

13.     After returning home shortly following the foregoing incident, Plaintiff was forced to call for emergency assistance, after experiencing extreme dizziness and a loss of consciousness.

14.     Plaintiff was then transported via ambulance to the emergency room of Barnes-Jewish Hospital, wherein Plaintiff was diagnosed with a concussion, among other things.

15.     Plaintiff was subsequently forced to undergo medical treatment through multiple medical providers, in order to treat the serious physical injuries sustained as a result of the heavy box falling onto Plaintiff's head.

### COUNT I - NEGLIGENCE

16.     Plaintiff hereby incorporates by reference the allegations contained within the foregoing paragraphs of this Complaint, as if fully set forth herein.

17.     On or about February 20, 2024, Plaintiff was a patron and/or invitee present on or otherwise within property owned, occupied, and/or operated by Defendant.

18.     As such, Defendant owed Plaintiff a duty of care while present on and/or within its premises.

19.     Defendant and/or Defendant's servants, agents, and/or employees breached said duty in one (1) or more of the following respects:

   a)     Defendant knew or should have known of the hazard and/or danger of placing a heavy, unsecured box in an area or position in which said box could fall on a patron;

b)      Defendant failed to act so as to ensure the safety of its premises and patrons contained within said premises by removing said hazard; and

c)      Defendant failed to warn Plaintiff of the existence of the hazardous condition created by placing the heavy box in an unsafe area.

20.      As a direct and proximate result of the negligent, careless, and/or reckless actions of Defendant and/or Defendant's servants, agents, and/or employees, Plaintiff sustained severe physical injuries to his head, neck, and shoulders.

21.      Such physical injuries caused Plaintiff to miss multiple days from work, resulting in lost wages.

22.      The physical injuries further caused Plaintiff to sustain damages including but not limited to: (1) past medical and hospital care; (2) medical treatment; (3) prescription medication(s); (4) past and future pain and suffering; (5) past and future emotional distress; (6) mental anguish; and (7) past and future loss of enjoyment of life.

**WHEREFORE**, based on the foregoing, Plaintiff prays for a judgment against Defendant in excess of $75,000.00, Plaintiff's costs and expenses incurred herein, and for such other and further relief as this Honorable Court deems just and proper under the circumstances.

Respectfully submitted,

**THE SWANSON LAW FIRM**

/s/ *Roland Swanson Jr.*

Roland E. Swanson Jr., #70380MO
13321 N Outer 40 Road, Suite 300
Town and Country, MO 63017
Tel.: (314) 492-2380
Facsimile: (314) 475-1837
roland@theswansonlawfirm.com
Attorney on behalf of Plaintiff